UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DURGAMRITHA T. SUNDARAM, :
:
Plaintiff, :
: 22-CV-3264 (JMF)
-v- :
: ORDER
EVA VARRO INC. and DILLARDS, INC., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 5, 2022, Defendants filed a motion to dismiss for improper venue. ECF No. 19. It is hereby ORDERED that Plaintiff shall, no later than **July 8, 2022**, file a letter stating whether Plaintiff intends to oppose the motion or, in the alternative, would consent to transfer of the case to another district pursuant to 28 U.S.C. § 1406(a). If Plaintiff does intend to oppose, any opposition shall be due by **July 19, 2022**, and any reply shall be due by **July 26, 2022**.

      SO ORDERED.

Dated: July 6, 2022
       New York, New York
                                                    JESSE M. FURMAN
                                            United States District Judge