UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DURGAMRITHA T. SUNDARAM,                      :
:
Plaintiff,        :
:            22-CV-3264 (JMF)
-v-                        :
:                 ORDER
:
EVA VARRO INC. and DILLARDS, INC.,            :
:
Defendants.       :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 5, 2022, Defendants filed a motion to dismiss for improper venue.  ECF No. 19.  On July 8, 2022, in response to an Order from the Court, Plaintiff filed a letter stating that, "[w]hile Plaintiff believes that venue is proper in the Southern District of New York, Plaintiff will consent to transfer this matter to the Central District of California."  ECF No. 24.

      No later than **July 12, 2022**, Defendants shall file any opposition to the transfer of this case to the Central District of California in lieu of dismissal.  If Defendants do oppose, they shall include in their letter an explanation as to why venue would not be proper as to either Defendant in the Central District of California, pursuant to 28 U.S.C. § 1400(b).

      SO ORDERED.

Dated: July 8, 2022
      New York, New York

                                                                 JESSE M. FURMAN
                                                            United States District Judge